# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. SALAS RAZO, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC,<br><br>Defendant. | Case No. 1:20-cv-00172-NONE-JDP<br><br>ORDER GRANTING LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>ECF No. 7 |

Pursuant to the parties' stipulation, ECF No. 7, plaintiff is granted leave to file his second amended complaint, a copy of which was attached to the filed joint stipulation as Exhibit "B."

IT IS SO ORDERED.

Dated: __March 12, 2020__              _____
                                                              UNITED STATES MAGISTRATE JUDGE

No. 205.