UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. SALAS RAZO, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T Mobility Services, LLC, a Delaware corporation ,<br><br>Defendant. | Case No.  1:20-cv-00172-NONE-HBK<br><br>ORDER APPROVING STIPULATED MOTION FOR ENLARGEMENT OF CLASS CERTIFICATION BRIEFING SCHEDULE SET FORTH IN CASE MANAGEMENT ORDER<br><br>(Doc. No.  22) |

This matter was reassigned to the undersigned on November 17, 2020.  (Doc. No. 20). Pending before the Court is the parties' Joint Stipulation Regarding Proposed Class Certification Briefing Schedule.  (Doc. No. 22).  The parties aver despite actively engaging in discovery, it is not practicable to complete discovery and meet the briefing deadlines to govern Plaintiff's class certification motion previously identified in their Joint Status Report (Doc. No. 16).  The parties note that no deadlines for the class certification motion were included in the September 22, 2020 Scheduling Order (Doc. No. 18) and file the proposed revised deadlines in an abundance of caution.

Accordingly, it is **ORDERED**:

The Court approves the parties' Joint Stipulation Regarding Proposed Class Certification Briefing Schedule (Doc. No. 22) and adopts the following briefing deadlines concerning

Plaintiff's class certification motion:

    a. Deadline to File Motion for Class Certification: **December 13, 2021.**

    b. Deadline to File Opposition Motion for Class Certification: **February 7, 2022.**

    c. Deadline to File Reply to Opposition: **March 7, 2022.**

Dated:    August 19, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE