UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS M. SALAS RAZO, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AT&T Mobility Services, LLC, a Delaware corporation ,<br><br>Defendant. | Case No.  1:20-cv-00172-NONE-HBK<br><br>ORDER APPROVING JOINT STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE AND SCHEDULING ORDER<br><br>(Doc. No.  56) |

The parties jointly move for a second modification to the briefing and scheduling order in this case due to Defendant's recent disclosure of *Wallack et al. v. AT&T Mobility Services, LLC,* San Bernardino Superior Court, Case No. CIVSB2117915. (Doc. No. 56). The parties disagree as to the impact of *Wallack* on this action but agree that an extension to the current case deadlines is warranted. (*Id*.). The Court finds good cause and will adopt the deadlines proposed by the parties.

Accordingly, it is **ORDERED**:

The Court approves the parties' Joint Stipulated Motion to Modify Briefing Schedule and Scheduling Order (Doc. No. 22) and adopts the following briefing deadlines for this action:

- Plaintiff's Class Certification Motion               June 15, 2022
- Defendant's Opposition to Class Certification    August 8, 2022
- Plaintiff's Reply to Opposition                         September 8, 2022

| | | |
|---|---|---|
| 1 | • Expert Disclosures | October 7, 2022 |
| 2 | • Rebuttal Expert Disclosures | November 8, 2022 |
| 3 | • Non-Expert Discovery | December 8, 2022 |
| 4 | • Non-Dispositive Motions | February 1, 2023 |
| 5 | • Dispositive Motions | March 1, 2023 |
| 6 | • Telephonic Status Conference | April 7, 2023 at |
| 7 | | 1:00 pm. |

DONE AND ORDERED

Dated:   November 20, 2021

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2